**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Francisco LLANTADA–GARCIA, Defendant—Appellant.**

No. 04–30404.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 5, 2005.

Douglas B. Whalley, Esq., Susan M. Roe, Esq., Office of the U.S. Attorney, Seattle, WA, for Plaintiff—Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*

Fed. R.App. P. 34(a)(2).

David B. Koch, Esq., Nielsen Broman & Koch, PLLC, Seattle, WA, for Defendant—Appellant.

Before: O'SCANNLAIN, CALLAHAN, and BEA, Circuit Judges.

### MEMORANDUM **

Francisco Llantada–Garcia appeals his conviction for possession of over 50 grams of methamphetamine, with intent to distribute. *See* 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). The sole ground raised on appeal is ineffective assistance of trial counsel. Although we generally do not review such claims on direct appeal, *see United States v. Vgeri,* 51 F.3d 876, 882 (9th Cir.1995), the claim here fits into a recognized exception because "the record is sufficiently developed to permit the reviewing court to resolve the issue." *United States v. Daly,* 974 F.2d 1215, 1218 (9th Cir. 1992) (citation omitted). We affirm.

Llantada–Garcia was not prejudiced by his counsel's allegedly deficient performance. *See Strickland v. Washington,* 466 U.S. 668, 697, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984) ("[A] court need not determine whether counsel's performance was deficient before examining the prejudice suffered by the defendant as a result of the alleged deficiencies."). The jury heard evidence that a police informant set up a drug purchase from Llantada–Garcia, and that Llantada–Garcia was arrested at the drug purchase delivery location with the methamphetamine in his car. There is no

"reasonable probability that, but for counsel's [allegedly] unprofessional errors, the result of the proceeding would have been different." *Strickland,* 466 U.S. at 694, 104 S.Ct. 2052.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

